## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:
DIMATTIES, MICHAEL F

Case No.: 16-31807-JNP
Chapter: 7
Judge: Jerrold N. Poslusny, Jr.

---

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on     January 31, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.   4C  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 212 WEST MAPLE AVE, LINDENWOLD NJ 08021<br>(FMV $95,000.00) |

| | |
|---|---|
| Liens on property: | $69,674.00 - Roundpoint Mtg |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:        1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-31807-JNP
Michael F. DiMatties                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Dec 21, 2016
                             Form ID: pdf905       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
db            +Michael F. DiMatties,   212 West Maple Ave,   Clementon, NJ 08021-3209
516504228     CAMDEN COUNTY SPECIAL CIVI,   101 S 5th St,   Camden, NJ 08103-4001
516504230     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank USA N,   15000 Capital One Dr,
              Richmond, VA 23238-1119)
516504229     Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
516504231     Comenitycapital/boscov,   PO Box 182120,   Columbus, OH 43218-2120
516504232     Comenitycapital/boscov,   Comenity Bank,   PO Box 182125,   Columbus, OH 43218-2125
516504235     EMRG PHY ASSOC OF S JERSEY, PC,   PO Box 740021,   Cincinnati, OH 45274-0021
516504236     HCFS Healthcare Financial Services, LLC,   3585 Ridge Park Dr,   Akron, OH 44333-8203
516504237     Lower County Property Management,   439 Church Rd,   Sicklerville, NJ 08081-1783
516504238     Roundpoint Mtg,   5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
516504239     South Jersey Radiology Associates,   PO Box 1710,   Voorhees, NJ 08043-7710
516504247     Target,   C/O Financial & Retail Services Mailstop,   PO Box 9475,
              Minneapolis, MN 55440-9475
516504248     Td Bank USA/Targetcred,   PO Box 673,   Minneapolis, MN 55440-0673
516504250     Verizon,   500 Technology Dr Ste 500,   Weldon Spring, MO 63304-2225
516504249     Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
516504251     Virtua Health Voorhees,   2 Brighton Rd,   Clifton, NJ 07012-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2016 23:05:45   U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2016 23:05:42   United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516504226    +E-mail/Text: ally@ebn.phinsolutions.com Dec 21 2016 23:04:41   Ally Financial,
              PO Box 380901,   Bloomington, MN 55438-0901
516504227     E-mail/Text: ally@ebn.phinsolutions.com Dec 21 2016 23:04:41   Ally Financial,
              200 Renaissance Ctr,   Detroit, MI 48243-1300
516504233     E-mail/Text: creditonebknotifications@resurgent.com Dec 21 2016 23:04:50   Credit One Bank NA,
              PO Box 98873,   Las Vegas, NV 89193-8873
516504234     E-mail/Text: creditonebknotifications@resurgent.com Dec 21 2016 23:04:50   Credit One Bank NA,
              PO Box 98875,   Las Vegas, NV 89193-8875
516504240     E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:15   Syncb/HH Gregg,   PO Box 965064,
              Orlando, FL 32896-5064
516504243     E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:15   Syncb/Walmart,   PO Box 965024,
              El Paso, TX 79998
516504241     E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:50   Syncb/hh Gregg,   PO Box 965036,
              Orlando, FL 32896-5036
516504242    +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:51   Syncb/lowes,   PO Box 956005,
              Orlando, FL 32896-0001
516504244     E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:51   Syncb/yamaha,   900 Concourse Dr,
              Rapid City, SD 57703-4762
516504245     E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:15   Synchrony Bank/Lowes,
              PO Box 965064,   Orlando, FL 32896-5064
516504246     E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:51   Synchrony Bank/Walmart,
              PO Box 965064,   Orlando, FL 32896-5064
516504252     E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:32   Yamaha/gemb,
              GEMB/Attn: Bankruptcy Department,   PO Box 103106,   Roswell, GA 30076-9106
                                                                                          TOTAL: 14

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                    Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin               Page 2 of 2            Date Rcvd: Dec 21, 2016
                             Form ID: pdf905            Total Noticed: 30

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
              Andrew   Sklar   andy@sklarlaw.com,  NJ43@ecfcbis.com;dolores@sklarlaw.com
              Keith R. Trimble    on behalf of Debtor Michael F. DiMatties keith.trimble@trimbleandarmano.com,
              G23844@notify.cincompass.com
                                                                                    TOTAL: 2